# United States District Court
## Northern District of Illinois
### Western Division

Tavari J. Warren                           **JUDGMENT IN A CIVIL CASE**

      v.                                  Case Number: 11 C 50389

Berner Food & Beverage Inc.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii). This case is closed.

                                              Michael W. Dobbins, Clerk of Court

Date: 12/30/2011                           _____
                                              /s/ Susan Bennehoff, Deputy Clerk